| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Edgar, R. Allan | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>04/10/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Post Office Box 1748<br>Chattanooga, TN 37401-1748 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Co-Trustee | TRUST #1 |
| 2. Trustee | TRUST #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
| --- | --- | --- |
| 1. 2005 | Tennessee Consolidated Retirement System | $ 3,415.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SUNTRUST BANK CHATTANOOGA NA, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - STI Classic Prime Quality Money Market | B | Interest | L | T | | | | | |
| 3. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 4. - Harbor International Fund | C | Dividend | M | T | Partial Sale | 4/26 | K | B | |
| 5. - Franklin Mutual Beacon Fund Z Shares | D | Dividend | L | T | | | | | |
| 6. - T Rowe Price New Era Fund | D | Dividend | M | T | Buy | 6/01 | K | | |
| 7. - Harbor Capital App. Fund | B | Dividend | L | T | Partial Sale | 4/26 | J | | |
| 8. - Vanguard Mid-Cap Index Fund | A | Dividend | L | T | Partial Sale | 6/01 | K | A | |
| 9. - CGM Realty Fund | A | Dividend | K | T | Partial Sale | 6/01 | J | A | |
| 10. - I Shares S&P Index Fund | B | Dividend | J | T | | | | | |
| 11. - I Shares NASDAQ Biotech Index Fund | | None | | | Sold | 12/14 | J | | |
| 12. - I Shares MSCI Emerging Market Fund | | None | | | Sold | 7/11 | J | | |
| 13. - I Shares MSCI Pacific Ex Japan Fund | A | Dividend | J | T | Partial Sale | 6/17 | J | | |
| 14. - I Shares MSCI Pacific Ex Japan Fund | | None | J | T | Buy | 12/14 | K | | |
| 15. - I Units Govt of Canada 5-yr Bond Fund | B | Dividend | K | T | | | | | |
| 16. - Fed Home Loan Bk 4% Bond | C | Interest | L | T | Buy | 3/18 | L | | |
| 17. - Fidelity Value Fund | A | Dividend | K | T | Buy | 3/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Spartan Total Market Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 36. Fidelity Div Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 37. Fidelity Balanced Fund (IRA) | A | Dividend | J | T | | | | | |
| 38. Fidelity Short Term Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 39. Fidelity Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 40. Morgan Stanley Dean Witter Liquid Asset Fund | A | Interest | K | T | | | | | |
| 41. TIAA-CREF Retirement Fund | A | Dividend | K | T | | | | | |
| 42. Lincoln National Life Variable Annuity | A | Dividend | K | T | | | | | |
| 43. TRUST #1: | | | | | | | | | |
| 44. - Fidelity Cash Fund | A | Dividend | J | T | | | | | |
| 45. - Fed Home Ln Mtg 6.875% | | None | | | Redeem | 1/18 | K | | |
| 46. - Fed Home Ln Mtg 5.250% | A | Interest | K | T | | | | | |
| 47. - U.S. Treasury 6.5% | A | Interest | K | T | | | | | |
| 48. - Morgan Stanley Bond 5.8% | A | Interest | K | T | | | | | |
| 49. - Scripps Co. 6.625% | A | Interest | K | T | | | | | |
| 50. - Phillip Morris 7.650% | A | Interest | J | T | | | | | |
| 51. - Ford Motor Credit 5.8% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fed Nat'l Mortgage 5.25% | A | Interest | K | T | | | | | |
| 53. - Union Tank Car 7.45% | A | Interest | K | T | | | | | |
| 54. - Great Lakes Chem 7% | A | Interest | J | T | | | | | |
| 55. - Abitibi-Consol 7.875% | A | Interest | J | T | Partial Rede | 12/19 | J | | |
| 56. - Ford Motor Credit 7.375% | A | Interest | J | T | | | | | |
| 57. - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 58. - Citigroup 6.5% | A | Interest | K | T | | | | | |
| 59. - JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 60. - Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 61. - Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 62. - Am Home Prod 6.7% | A | Interest | J | T | | | | | |
| 63. - Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 64. - Caterpillar Inc. 6.55% | A | Interest | J | T | | | | | |
| 65. - Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 66. - Ocean Energy 7.25% | A | Interest | J | T | | | | | |
| 67. - Ford Motor Credit 7.25% | A | Interest | K | T | | | | | |
| 68. - Honeywell Int'l 6.125% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Edgar, R. Allan | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Lehman Bros 6.625% | A | Interest | J | T | | | | | |
| 70. - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 71. - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 72. - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 73. - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 74. - WalMart 7.55% | A | Interest | K | T | | | | | |
| 75. - Spartan Total Market Index Fund | B | Dividend | M | T | | | | | |
| 76. - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 77. - Fidelity Low Pr. Stk Fund | A | Dividend | K | T | | | | | |
| 78. - Fidelity Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 79. - Fidelity Ultra Short Bond Fund | A | Dividend | J | T | | | | | |
| 80. - Fidelity 500 Index Fund | A | Dividend | J | T | Buy | 1/19 | J | | |
| 81. - Community First Bank Columbia, TN 4.05% CD | A | Interest | K | T | Buy | 8/26 | J | | |
| 82. - Meridian Bank Wickenburg, AZ 4.45% CD | A | Interest | J | T | Buy | 11/30 | J | | |
| 83. TRUST #2: | | | | | | | | | |
| 84. - Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |
| 85. - Vanguard European Index Fund | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 87. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 88. - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 89. - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PARTS I AND VII --

The listed trusts are ⬛⬛⬛ trusts for the benefit of ⬛⬛⬛⬛⬛⬛⬛⬛
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████████    Date _April 10, 2006_

NOTE: ANY ~~INDIVIDUAL WHO~~ ████████████████████ ~~TIES~~ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544